**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**MIDLAND/ODESSA DIVISION**

| | |
|---|---|
| COAST RUNNER, INC., <br><br> Plaintiff, <br><br> v. <br><br> KICKSTARTER, PBC; INDIEGOGO, INC.; LAUNCHBOOM, INC.; JOHN DOES #1 AND #2, <br><br> Defendants. | Civil Action No. 7:24-cv-326 |

**STIPULATION REGARDING RESPONSIVE PLEADINGS**

Plaintiff Coast Runner, Inc., Defendant Kickstarter, PBC, and Defendant Indiegogo, Inc. agree and stipulate as follows:

1. Any provision of law notwithstanding, Defendants Kickstarter and Indiegogo will file responsive pleadings on or before February 28, 2025.

2. The Parties will conduct a conference pursuant to Federal Rule of Civil Procedure 26(f) on or before February 19, 2025.

3. Defendants Kickstarter and Indiegogo enter this agreement without waiving any defenses, including without limitation those relating to jurisdiction, venue, or forum.

4. The attorneys' signatures on this document are evidence of their intent that this document be a binding agreement.

Agreed as to form and substance:

Signed by:
/s/ Allison Buchner
89E92782DFB0495...
Allison W. Buchner
**KIRKLAND & ELLIS LLP**
2049 Century Park East,
Suite 3700
Los Angeles, CA 90067
Telephone: (310) 552-4302
allison.buchner@kirkland.com

*Counsel for Defendant Kickstarter, PBC*

Signed by:
/s/ Ryan Phair
64EF83955C0A403...
Ryan Phair
**PAUL HASTINGS LLP**
2050 M Street NW
Washington, DC 20036
Telephone: (202) 551-1751
ryanphair@paulhastings.com

*Counsel for Defendant Indiegogo, Inc.*

Judd E. Stone II
  Texas Bar No. 24076720
Christopher D. Hilton
  Texas Bar No. 24087727
Ari Cuenin
  Texas Bar No. 24078385
Cody C. Coll
  Texas Bar No. 24116214
**STONE HILTON PLLC**
600 Congress Ave., Suite 2350
Austin, TX 78701
Telephone: (737) 465-3897
judd@stonehilton.com
chris@stonehilton.com
ari@stonehilton.com
cody@stonehilton.com

*Counsel for Plaintiff*